UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUISE BUTLER,

    Plaintiff,

NO. 09-12848

vs.

HON. PATRICK J. DUGGAN

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,

    Defendant.
_____/

| GERALD R. SKUPIN (P46110) | DANIEL J. FLEMING (P38015) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |
| 155 W. Congress, Suite 350 | 39555 Orchard Hill Place, Suite 310 |
| Detroit, MI 48226 | Novi, MI 48375-5523 |
| (313) 961-0425 | (734) 542-8400 |

_____/

### ORDER FOR DISMISSAL

At a session of said Court, held on February 5, 2010

PRESENT: HONORABLE PATRICK J. DUGGAN
Federal Court Judge

The court having read the attached stipulation and being otherwise fully advised in the premises, now therefore;

IT IS HEREBY ORDERED that Plaintiff's cause of action in the above matter is dismissed with prejudice as to any and all claims for attendant care benefits incurred before January 31, 2010 arising from the subject accident of May 4, 2002.

IT IS FURTHER ORDERED that with respect to all other claims, Plaintiff's cause of action is dismissed without prejudice. This Order resolves the last pending claim and closes the case.

s/Patrick J.Duggan
Federal Court Judge

W:\4213\sod.wpd